FILED

2004 JAN 20 P 1:30

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. FEIGUM AND TRUDY FEIGUM : | |
| Plaintiffs : | |
| V. : | Civil Action No. 02:CV-1743 (AVC) |
| DALTON YACHTS, LTD., ET AL. : | |
| Defendants : | JANUARY 15, 2004 |

**DEFENDANT, TA-YANG YACHT BUILDING CO., LTD.'S**
**MOTION FOR EXTENSION OF TIME AND FOR REFERRAL**

The above captioned matter arises from a claim that a yacht manufactured by the defendant, Ta-Yang Yachts, Ltd., in Taiwan, China and purchased by the plaintiffs, Thomas A. Feigum and Trudy Feigum, is defective. The plaintiff's Complaint dated October 1, 2002 sets forth several theories of recovery against the defendant, Ta-Yang Yachts, Ltd., the defendant, Barnaby Blatch and the defendant, Dalton Marks. The defendant, Marks, has filed for bankruptcy and a stay is in place with regard to that claim.

Pursuant to the Court's Order, the parties' Trial Memorandum is due no later than February 5, 2004. The parties are in agreement that the case would benefit from a settlement conference before a Magistrate, Parajudicial Officer or Master.

Further, the parties would jointly request that the Court's Pre-Trial Order be stayed or extended, such that submission of the Trial Memorandum not be due until thirty (30) days after a settlement conference.

The defendants, Ta-Yang Yachts, Ltd. and Barnaby Blatch, previously requested an extension of time within which to disclose experts. No other requests for extension of the Pre-Trial Order have been made.

All parties are in agreement as to the above proposal.

THE DEFENDANT
TA-YANG YACHT BUILDING CO., LTD.

BY  *[signature]*
Thomas W. Boyce, Jr., #05639
Faulkner & Boyce, P.C.
216 Broad Street, P.O. Box 391
New London, CT  06320
(860) 442-9900
(860) 443-6428 Fax

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to all counsel of record on January 15, 2004, as follows:

David M. Bohonnon, Esq.
Bohonnon Law Firm, LLC
205 Church Street, Suite 506
New Haven, CT 06510

William J. McGrath, Jr., Esq.
Kevin J. Greene, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

David Patrick Condon, Esq.
Waller, Smith & Palmer, PC
52 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

_____
Thomas W. Boyce, Jr.

3