**FILED**

2004 JAN 20 P 1:30

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS A. FEIGUM AND :
TRUDY FEIGUM :
:
Plaintiffs :
:
V. : Civil Action No.
: 02:CV-1743 (AVC)
:
DALTON YACHTS, LTD., ET AL. : 
:
Defendants : JANUARY 15, 2004

### DEFENDANT, TA-YANG YACHT BUILDING CO., LTD.'S
### MOTION FOR EXTENSION OF TIME AND FOR REFERRAL

The above captioned matter arises from a claim that a yacht manufactured by the defendant, Ta-Yang Yachts, Ltd., in Taiwan, China and purchased by the plaintiffs, Thomas A. Feigum and Trudy Feigum, is defective. The plaintiff's Complaint dated October 1, 2002 sets forth several theories of recovery against the defendant, Ta-Yang Yachts, Ltd., the defendant, Barnaby Blatch and the defendant, Dalton Marks. The defendant, Marks, has filed for bankruptcy and a stay is in place with regard to that claim.

January 23, 2004. The motion is granted in all respects. The matter is referred to Parajudicial Officer Murphy for conference on February 19, 2004 at 10:00 am. Further, the trial memorandum in this matter shall not be due until 30 days following the conference that is on March 22, 2004.
SO ORDERED.

FILED
Alfred V. Covello, U.S.D.J.

2004 JAN 23 P 3:34
U.S. DISTRICT COURT
HARTFORD, CT.

Faulkner & Boyce, P.C.
216 Broad Street • P.O. Box 391 • New London, CT 06320 • Tel: (860) 442-9900 • Fax: (860) 443-6428 • JURIS #103027