UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**February 19, 2004
10:00 a.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:02CV1743 Feigum, et al v. Dalton Yachts, Ltd., et al</u>

David M. Bohonnon
Bohonnon Law Firm
205 Church St.
Suite 506
New Haven, CT 06510

Thomas W. Boyce Jr.
Shelley L. Graves
Faulkner & Boyce, P.C.
216 Broad St., PO Box 391
New London, CT 06320

David Patrick Condon
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Dr., Po Box 88
New London, CT 06320

Kevin J. Greene
William J. McGrath Jr.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK