UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**March 16, 2004**
**10:00 a.m.**

RESCHEDULED FROM 2/19/04

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE
ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE
OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE
LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY
NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET
FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT
<u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF
POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS
AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS
AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:02CV1743 (AVC) <u>Feigum, et al v. Dalton Yachts, Ltd., et al</u>

David M. Bohonnon
Bohonnon Law Firm
205 Church St.
Suite 506
New Haven, CT 06510

Thomas W. Boyce Jr.
Shelley L. Graves
Faulkner & Boyce, P.C.
216 Broad St., PO Box 391
New London, CT 06320

David Patrick Condon
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Dr., Po Box 88
New London, CT 06320

Kevin J. Greene
William J. McGrath Jr.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK