FILED

2004 FEB 23  P  1: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. FEIGUM AND<br>TRUDY FEIGUM,<br>     PLAINTIFF | :<br>:<br>:<br>:    CIVIL NO. 3:02CV1743 (AVC)<br>: |
| DALTON YACHTS, LTD, AND<br>BARNABY BLATCH D/B/A OFFSHORE<br>CRUISING YACHTS AND TA-YANG<br>YACHT BUILDING CO., LTD.<br>     DEFENDANT | :<br>:<br>:<br>:<br>:    FEBRUARY 20, 2004 |

### NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

Please enter my appearance as counsel for the Plaintiffs in the above-entitled action.

THE PLAINTIFFS

By _____
    K. Wynne Bohonnon, Esq.
    Bohonnon Law Firm, LLC
    205 Church Street
    New Haven, CT 06510
    (203) 787-2151
    Fed. Bar No. 05808

1