CTR/evfnhrg (January 10, 2002)

HONORABLE **Covello**

TOTAL TIME: ___ hours 30 minutes

DEPUTY CLERK _____   RPTR/ERO/TAPE _____

DATE 3/16/04   START TIME 5:00 app.   END TIME 5:30 app.
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Ferguson, et al

vs.

Dalton Yachts, et al

CIVIL NO. 3:02CV1743 (AVC)

Bohonnon
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Boyce, London, McGrath
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☐ (mhrg.) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☑ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ Case reported settled.