UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Feigum, et al

V.                           Case Number: 3:02CV1743(AVC)

Dalton Yachts, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>March 16, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, March 17, 2004.

KEVIN F. ROWE, CLERK

By:   /s/ JW
     Jo-Ann Walker
     Deputy Clerk