UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THOMAS A. FEIGUM AND          :
TRUDY FEIGUM,                 :
          PLAINTIFF           :
                              :          2004 APR 14  A 11: 13
                              :     CIVIL NO. 3:02CV1743 (AVC)
                              :          U.S. DISTRICT COURT
                              :          HARTFORD, CT.
DALTON YACHTS, LTD, AND       :
BARNABY BLATCH BLATCH         :
D/B/A OFFSHORE CRUISING       :
YACHTS AND TA-YANG YACHT      :
BUILDING CO., LTD.            :
          DEFENDANT           :     APRIL _13_, 2004

## WITHDRAWAL OF ACTION

The Counterclaim of defendant Barnaby Blatch is withdrawn as to all

Plaintiffs without costs to any party.

                    THE DEFENDANT:
                    BARNABY BLATCH,

                    By_____
                       David P. Condon, for
                       Waller, Smith & Palmer, P.C.
                       His Attorneys
                       Fed Bar No. ct10383
                       52 Eugene O'Neill Drive
                       New London, CT 06320
                       (860) 442-0367
                       Fax (860) 447-9915

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid

on April _13_ , 2004 to all counsel and pro se parties of record, including:

K. Wynne Bohonnon, Esq.
Bohonnon Law Firm, LLC
205 Church Street, Suite 506
New Haven, CT 06510
Attorneys for the Plaintiffs

Thomas W. Boyce, Jr.
Faulkner & Boyce, P.C.
216 Broad Street
New London, CT 06320
Attorney for Ta-Yang Yacht Building Co., Ltd.

William J. McGrath, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303
Attorneys for Dalton Yachts Ltd.

David P. Condon