UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| TWANYA PRESLEY<br>MARINA GIANNAKOVA<br>SOFIA TSAHARIDES<br>(Plaintiffs) | CIVIL ACTION 2004 APR 15 A II: 10<br>NO.:3:02CV2157(AVA)<br>U.S. DISTRICT COURT<br>HARTFORD, CT. |
| V. | |
| PEPPERIDGE FARMS, INC.<br>a subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | APRIL 13, 2004 |

### MARINA GIANNAKOVA'S MOTION FOR A VOLUNTARY DISMISSAL OF CLAIMS *WITH PREJUDICE*

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, Marina Giannakova, motions this Court seeking a voluntary dismissal *with prejudice* of all claims she previously brought against the Defendants in the above captioned action.

Undersigned counsel represents that opposing counsel consents *in principle* to the granting of this motion. However, the Defendants are reserving their consent to Ms. Giannakova's voluntary dismissal of claims until which time an adjudication is made with respect to a pending Rule 37 motion for sanctions.[1]

**WHEREFORE**, Marina Giannakova seeks to have her claims dismissed as to all Defendants in this matter and no longer be considered a Plaintiff in this matter.

---

[1] This conditional consent was further represented to this Court by Attorney Reilly during a telephonic status conference with this Court on April 4, 2004.

PLAINTIFF,
MARINA GIANNAKOVA

BY _____
John I. Bolton, Esq. Ct 08892
E:mail: jbolton@ispwest.com
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604-3911
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Her Attorney

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class United States mail this 13th day of April, 2004 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton, Esq. **ct08892**