UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS A. FEIGUM AND
TRUDY FEIGUM,
    PLAINTIFF

: CIVIL NO. 3:02CV1743 (AVC)

DALTON YACHTS, LTD, AND
BARNABY BLATCH BLATCH
D/B/A OFFSHORE CRUISING
YACHTS AND TA-YANG YACHT
BUILDING CO., LTD.
    DEFENDANT

: APRIL 13, 2004

**FILED** 2004 APR 14 A 11: 13 U.S. DISTRICT COURT HARTFORD, CT.

## WITHDRAWAL OF ACTION

The Counterclaim of defendant Barnaby Blatch is withdrawn as to all Plaintiffs without costs to any party.

THE DEFENDANT:
BARNABY BLATCH,

By _____
David P. Condon, for
Waller, Smith & Palmer, P.C.
His Attorneys
Fed Bar No. ct10383
52 Eugene O'Neill Drive
New London, CT 06320
(860) 442-0367
Fax (860) 447-9915

FILED 2004 APR 16 P 1:04 U.S. DISTRICT COURT HARTFORD, CT.

April 15, 2004. SO ORDERED.
Alfred V. Covello, U.S.D.J.