UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS A. FEIGUM and
TRUDY FEIGUM

      v.                        CASE NO. 3:02CV01743(AVC)

DALTON YACHTS, LTD,
BARNABY BLATCH d/b/a
OFFSHORE CRUISING YACHTS and
TA-YANG YACHT BUILDING CO., LTD

JUDGMENT

Counsel of record having reported to the Court on March 16, 2004 that the above-entitled case had been settled on March 16, 2004, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 19th day of April, 2004.

                                                      KEVIN F. ROWE, CLERK


                                       By   /s/ JW
                                                  Jo-Ann Walker
                                                  Deputy Clerk

EOD: