UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS A. FEIGUM AND
TRUDY FEIGUM
    Plaintiffs

V.                                        Civil Action No.
                                             02:CV-1743 (AVC)

DALTON YACHTS, LTD., ET AL.
    Defendants                         APRIL 21, 2004

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties move, pursuant to FRCP 41(a)(2) and the Local Rules of Civil Procedure 41(b), for entry of a Dismissal of the above action pursuant to the terms of the settlement reported to the Court on March 16, 2004 to wit:

(1)     The defendant, Ta-Yang Yacht Building Co., Ltd. is to pay the plaintiffs the sum of $280,000.00;

(2)     Ta-Yang is to receive in return all documents necessary to obtain possession and ownership of the subject vessel, "Dakota Sky" TYA42186G001.

(3)     The defendant, Barnaby Blatch, is to pay the plaintiffs the sum of $15,000.00;

(4)     The parties are to execute a mutually acceptable Settlement Agreement and Release in full and final settlement of all claims and counterclaims.

SO ORDERED.

Alfred V. Covello
United States District Judge

April 22, 2004.

Faulkner & Boyce, P.C.
216 Broad Street • P.O. Box 391 • New London, CT 06320 • Tel: (860) 442-9900 • Fax: (860) 443-6428 • JURIS #103027